# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: § § § § <br> JAMES W. CASTLE <br> DEBTOR | CASE NO. 2:16-bk-50043 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Specialized Loan Servicing LLC as servicing agent for NRZ Pass-Through Trust X**
Name of Transferee

**Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-RS5**
Name of Transferor

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx6423**

Court Claim # (if known): 7-1
Amount of Claim: $92,366.10
Date Claim Filed: 05/10/2016

Phone: 800-315-4757
Last Four Digits of Acct.#: 6423

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing LLC
PO Box 636007
Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx6423**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty          Date:          12/09/2017
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

4125-N-4835

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 11, 2017 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
James W. Castle
58 Summit Street
Newark, OH 43055

**Debtors' Attorney**
Leann R. Deeter
Amourgis & Associates
4449 Easton Way, Suite 200
Columbus, OH  43219

**Chapter 13 Trustee**
Faye D. English
10 West Broad Street
Suite 900
Columbus, OH 43215

                                                Respectfully Submitted,

                                                /s/ John J. Rafferty
                                                John J. Rafferty